# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter **13** |
| | : | |
| **GIOVANNA KRADZINSKI** | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. **16-17735AMC** |

### AMENDED    NOTICE

To the debtor, debtor's counsel, trustee, and creditor  **PA  HOUSING FINANCE AGE**;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $ **1,292.00** has been filed in your name by **DEBTOR** on **4/25/17**.

Dated: May 2, 2017

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: **Christina Jackson**
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)