United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-17735-amc
Giovanna Kradzinski                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Christina          Page 1 of 1          Date Rcvd: May 03, 2017
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 05, 2017.
db            +Giovanna Kradzinski,    6144 Charles Street,    Philadelphia, PA 19135-3414

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 3, 2017 at the address(es) listed below:
          DAVID M. OFFEN    on behalf of Debtor Giovanna  Kradzinski dmo160west@gmail.com,
           davidoffenecf@gmail.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   Pennsylvania Housing Finance Agency
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter **13** |
| | : | |
| **GIOVANNA KRADZINSKI** | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. **16-17735AMC** |

## NOTICE

To the debtor, debtor's counsel, trustee, and creditor **PA HOUSING FINANCE AGE**;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $ **99,799.00** has been filed in your name by **DEBTOR** on **4/25/17**.

Dated: May 2, 2017

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: **Christina Jackson**
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)