United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 16-17735-mdc
Giovanna Kradzinski  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Nov 26, 2021      Form ID: 138OBJ      Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Giovanna Kradzinski, 6144 Charles Street, Philadelphia, PA 19135-3414 |
| 13818260 | + | IC Systems, Inc, 444 Highway 96 East, St Paul, MN 55127-2557 |
| 13818261 | | Mark Velardo, 227 N. Fairhill Street, Philadelphia, PA 19133 |
| 13818264 | + | Norean Cashwell Pate, 607 Merrymont Drive, Martinez, GA 30907-1521 |
| 13912670 | + | PA Housing Finance Agy., c/o Matteo S. Weiner, Esq., KML Law Group PC, 701 Market St., Ste. 5000, Phila., PA 19106-1541 |
| 13818268 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 13818269 | + | Target, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 26 2021 23:40:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 26 2021 23:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 26 2021 23:40:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13821712 | | Email/PDF: ebn_ais@aisinfo.com | Nov 26 2021 23:45:04 | American InfoSource LP as agent for, T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 13907106 | | Email/Text: megan.harper@phila.gov | Nov 26 2021 23:40:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Law Department - Tax Unit, 1401 John F. Kennedy Blvd, 5th Floor, Philadelphia, Pennsylvania 19102-1595 |
| 13818255 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 26 2021 23:45:05 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13818256 | + | Email/Text: bankruptcy@philapark.org | Nov 26 2021 23:40:00 | City of Philadelphia, Parking Violations Branch, P.O. Box 41818, Philadelphia, PA 19101-1818 |
| 13818257 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 26 2021 23:40:00 | Comenity Bank/Victoria Secret, Po Box 18215, Columbus, OH 43218 |
| 13818258 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 26 2021 23:40:00 | Comenitycapital/fe21cc, Po Box 182120, Columbus, OH 43218-2120 |
| 13818259 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 26 2021 23:40:00 | Credit Collections Svc, Po Box 773, Needham, MA 02494-0918 |
| 13818260 | + | Email/Text: Bankruptcy@ICSystem.com | Nov 26 2021 23:40:00 | IC Systems, Inc, 444 Highway 96 East, St Paul, MN 55127-2557 |
| 13835623 | + | Email/Text: bankruptcygroup@peco-energy.com | Nov 26 2021 23:40:00 | PECO Energy Company, Attn: Merrick Friel, 2301 Market Street, S23-1, Philadelphia, PA |

Case 16-17735-mdc    Doc 42    Filed 11/28/21    Entered 11/29/21 00:09:07    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 26, 2021 | Form ID: 138OBJ | Total Noticed: 26 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 13881331 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 26 2021 23:45:05 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13872912 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 26 2021 23:45:07 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13818265 | + | Email/Text: blegal@phfa.org | Nov 26 2021 23:40:00 | Pa Housing Finance Age, Po Box 8029, Harrisburg, PA 17105-8029 |
| 13818267 | + | Email/Text: bankruptcygroup@peco-energy.com | Nov 26 2021 23:40:00 | Peco Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 13849865 | | Email/Text: bnc-quantum@quantum3group.com | Nov 26 2021 23:40:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13850502 | | Email/Text: bnc-quantum@quantum3group.com | Nov 26 2021 23:40:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13872701 | + | Email/Text: bncmail@w-legal.com | Nov 26 2021 23:40:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13818270 | | Email/Text: megan.harper@phila.gov | Nov 26 2021 23:40:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13818262 | | Michael Evangelist, INCARCERATED |
| 13818263 | | Michael Evangelist, INCARCERATED |
| 13818266 | *+ | Pa Housing Finance Age, Po Box 8029, Harrisburg, PA 17105-8029 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 28, 2021              Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Giovanna Kradzinski dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |

District/off: 0313-2     User: admin     Page 3 of 3
Date Rcvd: Nov 26, 2021     Form ID: 138OBJ     Total Noticed: 26

LEON P. HALLER
    on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com

MATTEO SAMUEL WEINER
    on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: Giovanna Kradzinski
        Debtor(s)

Case No: 16−17735−mdc
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/26/21

40 − 37
Form 138OBJ